■ In the Matter of JAMES S. FRAZER, a Disbarred Attorney. [3 NYS3d 613]—Motion by James S. Frazer for reinstatement to the bar as an attorney and counselor-at-law. Mr. Frazer was admitted to the bar at a term of the Appellate Division of the

Supreme Court in the Second Judicial Department on January 9, 1980. By opinion and order of this Court dated December 24, 2001, Mr. Frazer was disbarred upon his resignation and his name was stricken from the roll of attorneys and counselors-at-law, effective immediately (*see Matter of Frazer*, 290 AD2d 68 [2001]). By decision and order on motion of this Court dated November 26, 2013, Mr. Frazer's motion for reinstatement was held in abeyance, and the matter was referred to the Committee on Character and Fitness to investigate and report on his current fitness to practice law.

Upon the papers filed in support of the motion and the papers filed in relation thereto, and upon the report of the Committee on Character and Fitness and the exhibits annexed thereto, it is

Ordered that the motion is granted; and it is further,

Ordered that, effective immediately, James S. Frazer is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of James S. Frazer to the roll of attorneys and counselors-at-law. Eng, P.J., Mastro, Rivera, Skelos and Roman, JJ., concur.